**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

Case No.: 16-18987-RAM
Chapter 13

**LISETTE MORALES**,

    Debtor.
_____/

**OBJECTION TO DEBTOR'S PROPOSED**
**FIRST MODIFIED CHAPTER 13 PLAN**

    Secured Creditor, **SN SERVICING CORPORATION, AS SERVICING AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE SCIG SERIES III TRUST** ("U.S. Bank Trust, N.A." or "Secured Creditor"), objects to the Debtor's proposed First Modified Chapter 13 Plan, and states:

    1.    On June 24, 2016 (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

    2.    On October 7, 2016, the Debtor filed a Second Amended Chapter 13 Plan [D.E. 45].

    3.    On October 24, 2016, the Court issued the Order Confirming Second Amended Plan [D.E. 51].

    4.    On June 13, 2013, the Debtor filed its Motion to Modify Plan [D.E. 70] and a First Modified Chapter 13 Plan [D.E. 72] (the "Modified Plan").

    5.    On September 15, 2016, a secured claim ass to the collateral commonly described as *14863 S.W. 35th Lane, Miami, FL 33185* (the "Property") was filed by then secured creditor BSI Financial Services as servicer for Macquarie Mortgages USA, Inc. ("BSI Financial Services") which denotes a total secured claim in the amount of $644,474.27, with arrearages in

the total amount of $244,042.21 and with on-going mortgage payment in the amount of $2,374.96 [Claim 2-1] (the "Claim").

6. On February 15, 2017, a Transfer of Claim was filed which transferred the Claim from BSI Financial Services to Waterfall Victoria Depositor II, LLC.

7. On February 19, 2018, a Transfer of Claim was filed which transferred the Claim from Waterfall Victoria Depositor II, LLC to U.S. Bank Trust, N.A.

8. Prior to the filing of the Motion to Modify Plan and Modified Plan, Secured Creditor and the Debtor were engaged in loan modification mediation.

9. On June 20, 2018, Secured Creditor issued a letter to the Debtor advising that the loan modification application submitted was incomplete and that due to Debtor's failure to timely submit the required financial documentation for consideration the loan modification was denied (the "Denial Letter").

10. On July 27, 2018, Secured Creditor issued a letter to Debtor advising that the appeal of the Denial Letter submitted had been reviewed and that the said appeal was denied (the "Appeal Denial Letter"). Attached hereto as **Composite Exhibit "A"** are copies of the Denial Letter and Appeal Denial Letter.

11. Secured Creditor objects to the proposed Modified Plan as it incorrectly reflects Macquire Mortgages USA, Inc. as the secured creditor of the Property subject to the Claim as well as objects to the feasibility of the proposed payment in the amount of $239,158.45 in month 60 of the plan period.

12. Secured Creditor objects to the proposed payments as the proposed payments for months 1 through 59 are insufficient and only represent a total repayment of arrearages of less than two percent (2%) of the total outstanding arrearages due and owing.

13.  Secured Creditor further objects to the proposed payment in month 60 and asserts that the Debtor has not provided any documentary proof to substantiate that the Debtor has and/or will have the financial stability and means by which to submit such a large lump sum payment of $239,158.45.

14.  Secured Creditor objects to the feasibility of the proposed Modified Plan and objects to any proposed Modified Plan that proposes to pay Secured Creditor anything less than the total pre-petition arrearage amount of $244,042.21 in equal monthly payments during the life of the plan.

15.  As such, the proposed Plan is not in compliance with the requirement of 11 U.S.C. § 1322 (b)(3) and § 1325 (a)(5) and cannot be confirmed.

16.  Secured Creditor reserves the right to supplement this Objection.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court sustain its Objection to Modified Plan, and for any such other relief that the Court deems just and proper.

**Dated this 10th day of August, 2018.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Counsel for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By: /s/ Chase A. Berger
    Chase A. Berger, Esq.
    Florida Bar No. 083794
    cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:   /s/ Chase A. Berger
        Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Lisette Morales**
14863 S.W. 35th Lane
Miami, FL 33185

*Debtor's Co-Counsel*
**Gianny Blanco, Esq.**
10647 N. Kendall Drive
Miami, FL 33176

*Debtor's Co-Counsel*
**Edward Freire, Esq.**
10647 N. Kendall Drive
Miami, FL 33176

*Debtor's Co-Counsel*
**Laila S. Gonzalez, Esq.**
10647 N. Kendall Drive
Miami, FL 33176

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By:   /s/ Chase A. Berger
        Chase A. Berger, Esq.



## SN SERVICING CORPORATION

323 5TH STREET
EUREKA, CA 95501
Toll-Free 800-603-0836
8:00 a.m. -5:00 p.m. PT

6/20/2018

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

ALVARO MORALES
14863 SW 35TH LN
MIAMI, FL 33185

### NOTICE OF ATTEMPT TO COLLECT DEBT

**Para información en español llame al (800) 603-0836 ext 2643**
**For more information in Spanish call (800) 603 0836 ext 2643**

RE:     Mortgage Note dated: 2/22/2008
        Account No. 0▓▓▓▓▓▓▓▓

**YOU ARE HEREBY NOTIFIED THAT SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE.**

**IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.**

Dear Borrower:

Thank you for your interest in a mortgage modification. SN Servicing Corporation reviewed your application as the servicing agent for US Bank Trust National Association, as Trustee of the SCIG Series III Trust, who is the holder of your note and SN Servicing Corporation is the servicer attempting to collect this debt on US Bank Trust National Association, as Trustee of the SCIG Series III Trust's behalf.

SN Servicing Corporation has reviewed the request for a modification of this loan and unfortunately we are unable to grant a modification of this loan based on the information received. This notice is being sent in compliance with the applicable rules and regulations required by law, including but not limited to the Equal Credit Opportunity Act.

**Main Office - NMLS ID# 5985, Branch Office - NMLS ID# 9785,**
**Kelly Parrish - NMLS #378996, Scott Nielsen - NMLS #191008, Jeff Harrison - NMLS #1314656**

Revised 01-24-2018

**COMPOSITE EXHIBIT "A"**

We consider a number of factors in making credit decisions. Please be advised that your recent request for a modification has been denied for the following reasons:

[ ] **No Response to Modification Offer**:  Failed to return the Modification Packet.

[ ] **Payment Default During the Trial Period Plan:** You have failed to make the trial period payments as provided in the Trial Period Plan and you are in default.

[ ] **Loan Paid or Reinstated:** We have been informed that the subject loan has been paid or reinstated.

[ ] **Withdrawn Request or Non-Acceptance of Offer:** You have withdrawn the request for consideration of the modification or not accepted the offer made by SN Servicing Corporation. Failure to make the first trial period payment in a timely manner is considered non-acceptance of the Trial Period Plan.

[X] **Incomplete Information:** We have requested information or financial verification documents that have not been received. Your failure to provide all required information and documents by the date provided makes you ineligible for a modification.

[ ] **Ineligible Income:**  We have determined that your income is insufficient, and/or you have excessive obligations in relation to your income.

[ ] **Ineligible Mortgage for HAMP:** You were offered a modification through the federal Home Affordable Modification Program ("HAMP"), but we are unable to offer you a modification because your loan did not meet one or more of the following HAMP eligibility criteria.

   [ ] Your loan was not originated on or before January 1, 2009.
   [ ] Your loan with us is not a first lien mortgage.
   [ ] The current unpaid principal balance on your loan is higher than the program limit.
   [ ] Your loan has matured.

[ ] **Ineligible Borrower:** We are unable to offer you a modification because your current monthly housing expenses, which include the monthly principal and interest payment on your first lien mortgage loan plus property taxes, hazard insurance and homeowner's dues (if any) is not within the allowable debt to income ratio which would entitle you to be eligible for a modification.

[ ] **Property Not Owner Occupied:** We are unable to offer you a modification because you do not live in the property as your primary residence.

[ ] **Ineligible Property:** We are unable to offer a modification because your property:

   [ ]  is vacant
   [ ]  has been condemned
   [ ]  has more than four dwelling units or
   [ ]  has excessive delinquent property taxes

**Main Office - NMLS ID# 5985, Branch Office - NMLS ID# 9785,
Kelly Parrish - NMLS #378996, Scott Nielsen - NMLS #191008, Jeff Harrison - NMLS #1314656**

Revised 01-24-2018

[ ] **Investor Guarantor Not Participating:** We are unable to offer you a modification because:

    [ ] We service your loan on behalf of an investor or group of investors that has not given us the contractual authority to modify your loan.
    [ ] Your loan is insured by a private mortgage insurance company that has not approved a modification.
    [ ] Your loan is guaranteed and the guarantor has not approved a modification.

[ ] **Investor Declined Loan Modification:** We are unable to offer you a modification because:
    _____

[ ] **Bankruptcy Court Declined: W**e are unable to offer you a modification because you have filed for bankruptcy protection and the proposed modified loan terms were not approved by the Bankruptcy Court. You may wish to contact your bankruptcy counsel or trustee to discuss this decision.

[ ] **Loan Does Not Qualify Based on Modification Guidelines.**

_____

Although we have determined that you are not eligible for a loan modification, there may be other loss mitigation options available to you, including forbearance, a payment plan, short sale, or deed-in-lieu. Please contact me to discuss these options. We cannot guarantee that you will qualify for other loss mitigation assistance. While your account is under review, you should consider your alternatives if loss mitigation is denied.

**Right to Appeal**

You have the right to appeal our determination not to offer you the loan modification Trial Period Plan(s) listed above. If you would like to appeal, you must contact us in writing at the address provided below, no later than **7/20/2018** - *30 CALENDAR DAYS FROM THE DATE OF THIS LETTER*, and state that you are requesting an appeal of our decision.

You must include in the appeal your name, property address, and mortgage loan number. You may also specify the reasons for your appeal, and provide any supporting documentation. Your right to appeal expires **7/20/2018**- *30 CALENDAR DAYS FROM THE DATE OF THIS LETTER*. Any appeal requests or documentation received after **7/20/2018** - *30 CALENDAR DAYS FROM THE DATE OF THIS LETTER* may not be considered.

If you elect to appeal, we will provide you a written notice of our appeal decision within 30 calendar days of receiving your appeal. Our appeal decision is final, and not subject to further appeal.

If you elect to appeal, you do not have to make the full mortgage payment amount until resolution of the appeal; however, the failure to make such payments may have adverse impacts to your credit rating.

If we determine on appeal that you are eligible for a loan modification Trial Period Plan, we will send you an offer for that Trial Period Plan. In that case, you may choose to make the full mortgage payment amount (including any delinquent amounts and late charges that have accrued during the appeal process) or you may notify us of your intent to accept the new Trial Period Plan payment offer by contacting us at 1-800-603-0836 in writing at SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 no later than 14 calendar days from the date of the appeal decision.

**Main Office - NMLS ID# 5985, Branch Office - NMLS ID# 9785,**
**Kelly Parrish - NMLS #378996, Scott Nielsen - NMLS #191008, Jeff Harrison - NMLS #1314656**

Revised 01-24-2018

If we do not receive a response to an offer of loss mitigation, after 14 days we will deem that the lack of a response as a rejection of a loss mitigation option.

If you wish to appeal the denial, you may email your appeal or mail the appeal to the address below.  If contacting SN Servicing through email please do not include confidential information.

Email Address or Physical Mailing Address for sending Appeal Request.

- customserv@snsc.com
   Or
- SN Servicing Corporation
  Modification Appeals
  323 5th Street
  Eureka, Ca 95501

Included in the appeal correspondence, please provide the following information:

- Loan #
- Name as it appears on loan;
- Property Address
- Contact Phone #
- Best time to call to discuss their appeal.
- Reason(s) for the appeal of the Modification Denial.

**If you are a North Carolina resident and you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov .**

If you wish to discuss the reasons for the denial of the modification or to discuss other loss mitigation options you may contact us at (800) 603-0836 ext. 2643. Otherwise, SN Servicing Corporation shall proceed with efforts to enforce the terms of the Note and Deed of Trust/Mortgage for payment of this account.

Sincerely,

SN Servicing Corporation
Scott Nielsen
800-603-0836 ext. 2643

**Main Office - NMLS ID# 5985, Branch Office - NMLS ID# 9785,
Kelly Parrish - NMLS #378996, Scott Nielsen - NMLS #191008, Jeff Harrison - NMLS #1314656**

Revised 01-24-2018

**NOTICES**

Hours of operation provided reflect general hours for SN Servicing.

Our decision was based in part upon information, not necessarily of a derogatory nature, from the consumer reporting agencies identified below. The reporting agencies played no part in our decision and are unable to provide the specific reasons for our decision. Because our decision is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Under the Fair Credit Reporting Act and the Consumer Credit Reporting Agencies Act, you have the right to make a written request to any credit reporting agency identified below within 60 days of the receipt of this notice to obtain a free copy of your report:

Experian, P.O. Box 2002. Allen, TX 75013 (866) 200-6020 Toll-Free

Equifax Information Services, LLC. P.O.Box 740241, Atlanta, GA 30374
(800) 685-1111 Toll-Free

TransUnion Consumer Solutions, P.O.Box 2000. Chester, PA 19022-2000
(800) 916-8800 Toll-Free

You may seek assistance at no charge from HUD-approved housing counselors and may request assistance in understanding this letter by asking for MHA HELP at the HOPE Hotline Number (888)995-HOPE.

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Avenue - Suite 3450, Houston TX 77010.

If an attorney represents you, please refer this letter to your attorney and provide us with the attorney's name, address and telephone number.

**Main Office - NMLS ID# 5985, Branch Office - NMLS ID# 9785,
Kelly Parrish - NMLS #378996, Scott Nielsen - NMLS #191008, Jeff Harrison - NMLS #1314656**

Revised 01-24-2018

| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval 2502-0584 Exp 12/31/17 |
|---|---|---|

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.

- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.

- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.
- [Servicer: SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501]
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
    - "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

**Main Office - NMLS ID# 5985, Branch Office - NMLS ID# 9785,
Kelly Parrish - NMLS #378996, Scott Nielsen - NMLS #191008, Jeff Harrison - NMLS #1314656**

Revised 01-24-2018



# SERVICING CORPORATION

13702 Coursey Boulevard, Building Two
Baton Rouge, Louisiana 70817
Phone: (225-293-0095 / (800) 489-6446
Fax: (916) 231-2500
Main Office NMLS #5985  Branch Office NMLS #9785
8:00 a.m. -5:00 p.m. CST

July 27, 2018

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Alvaro Morales
14863 Southwest 35th Lane
Miami, FL 33185

## NOTICE OF ATTEMPT TO COLLECT DEBT

Para información en español llame al (800) 603-0836 ext 2660 o ext 2643
For more information in Spanish call (800) 603 0836 ext 2660 or 2643

RE:     Mortgage Note dated: 02/22/2008
        Account No ▉▉▉▉▉▉▉▉

**YOU ARE HEREBY NOTIFIED THAT SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE.**

**IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.**

Dear Borrower:

    Please be advised that I represent SN Servicing Corporation as the servicing agent for US Bank Trust National Association, as Trustee of the SCIG Series III Trust, who is the holder of your note and SN Servicing Corporation is the servicer attempting to collect this debt on US Bank Trust National Association, as Trustee of the SCIG Series III Trust's behalf.

    SN Servicing Corporation has reviewed your appeal of the denial on the modification of this loan but has denied the request for reasons stated in our earlier correspondence based incomplete information. We did receive additional information but it is inconclusive.

    This notice is being sent in compliance with the applicable rules and regulations required by law, including but not limited to the Equal Credit Opportunity Act.

Main Office - NMLS ID# 5985,   Branch Office - NMLS ID# 9785, Kelly Parrish – NMLS # 378996

Revised 8-18-2014

If you are a North Carolina resident and you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov .

If you wish to discuss the reasons for the denial of the modification or to discuss other loss mitigation options you may contact Jeffrey Harrison at (800) 603-0836 ext. 2643. Otherwise, SN Servicing Corporation shall proceed with efforts to enforce the terms of the Note and Deed of Trust/Mortgage for payment of this account.

Sincerely,

*Kelly Parrish*

SN Servicing Corporation
Kelly Parrish, Supervisor
800-820-4236 ext. 6846

## NOTICES

Hours of operation provided reflect general hours for SN Servicing.

Our decision was based in part upon information, not necessarily of a derogatory nature, from the consumer reporting agencies identified below. The reporting agencies played no part in our decision and are unable to provide the specific reasons for our decision. Because our decision is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Under the Fair Credit Reporting Act and the Consumer Credit Reporting Agencies Act, you have the right to make a written request to any credit reporting agency identified below within 60 days of the receipt of this notice to obtain a free copy of your report:

Experian, P.O. Box 2002. Allen, TX 75013 (866) 200-6020 Toll-Free

Equifax Information Services, LLC. P.O.Box 740241, Atlanta, GA 30374
(800) 685-1111 Toll-Free

TransUnion Consumer Solutions, P.O.Box 2000. Chester, PA 19022-2000
(800) 916-8800 Toll-Free

You may seek assistance at no charge from HUD-approved housing counselors and may request assistance in understanding this letter by asking for MHA HELP at the HOPE Hotline Number (888)995-HOPE.

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer

Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Avenue - Suite 3450, Houston TX 77010.

If an attorney represents you, please refer this letter to your attorney and provide us with the attorney's name, address and telephone number.

**Main Office - NMLS ID# 5985,   Branch Office - NMLS ID# 9785, Kelly Parrish – NMLS # 378996**

Revised 8-18-2014

SN Servicing Corporation
13702 Coursey Blvd.
Building Two
Baton Rouge, Louisiana 70817

Alvaro Morales
14863 Southwest 35th Lane
Miami, FL 33185

7014 0150 0000 8489 8810



U.S. POSTAGE >> PITNEY BOWES
ZIP 70817 $ 006.67⁰
02 4W
0000334440 JUL 27 2018

**COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alvaro Morales
14863 Southwest 35th Lane
Miami, FL 33185

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Priority Mail Express™
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7014 0150 0000 8489 8810

PS Form 3811, July 2013    Domestic Return Receipt

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To: Alvaro Morales
Street, Apt. No.; or PO Box No. 14863 SW 35th Ln
City, State, ZIP+4  Miami FL 33185

PS Form 3800, August 2006    See Reverse for Instructions