

## ORDERED in the Southern District of Florida on June 14, 2019.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                    Case No.: 16-18987-RAM

Lisette Morales,                                                               Chapter 13
      Debtor.
_____/

### ORDER SUSTAINING DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE OF U.S. BANK TRUST NATIONAL ASSOCIATION

**THIS CAUSE**, came on for hearing the 11th day of June, 2019 on Debtor's *Objection to Notice of Mortgage Payment Change of U.S. Bank Trust National Association* [DE# 87] and based on the record, it is:

**ORDERED:**

1. Debtor's Objection to Notice of Payment Change of U.S. Bank Trust National Association filed on April 16, 2019 is **SUSTAINED.**

2. The Regular Monthly Mortgage Payment shall not increase based on an interest rate in excess of 4.75% interest. The regular monthly payment shall remain $1,886.68.

###

Copies furnished to:
Freire & Gonzalez, P.A.
Nancy K. Neidich, Trustee
U.S. Bank Trust National Association, Creditor
Lisette Morales, Debtor

The movant, or movant's counsel, Freire & Gonzalez P.A., shall serve a copy of this notice and unless previously served, the above described pleading to all required parties and within the time frames required by Federal Rules of Bankruptcy Procedures, local rules, or orders of the court, and shall file this original notice and completed certificate of service.